IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

**WILLIE JEROME MANNING,**                                      **PLAINTIFF,**

**VS.**                                     **CIVIL ACTION NO. 1:05CV256-P**

**CHRISTOPHER EPPS, COMMISSIONER
OF THE MISSISSIPPI DEPARTMENT OF
CORRECTIONS and JIM HOOD, ATTORNEY
GENERAL,**                                                    **DEFENDANTS.**

## ORDER

This matter comes before the court upon the court's review of the CJA vouchers presented by the two counsel of record requesting interim payment for services in the above state capital habeas corpus proceedings pursuant to 28 U.S.C. § 2254.

The court reminds the attorneys that the official cap for services of this nature, through completion at the District Court level, is $35,000.00 as a maximum payment for these lawyers' combined CJA vouchers. As of May 23, 2008, the date of the most recent voucher, payments to Mr. Rob Mink are $69,792.10 and payments to Mr. David Voisin are $58,966.46 for a combined total of $128,758.56. This total is far in excess of the sums authorized in similar matters as a final billing. This court reluctantly recommends payment of the above sum, and it directs counsel to complete their required assignments without the hope or expectation of additional compensation for any subsequent required services. Failure to properly plan and budget by counsel can neither be condoned nor compensated for by the court.

**SO ORDERED** this the 1st day of July, A.D., 2008.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE