IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

**WILLIE JEROME MANNING**                                                  **PETITIONER**

**V.**                                             **CIVIL ACTION NO.: 1:05CV256-WAP**

**CHRISTOPHER EPPS, ET AL.**                                         **RESPONDENTS**

**ORDER**

Presently before the Court is Petitioner's motion for the entry of a scheduling order to allow him the opportunity to file a supplement to his petition after obtaining and reviewing the Department of Human Services ("DHS") records this Court authorized him to file subpoenas to obtain.[1] Respondents do not object to Petitioner's request, and the Court finds it well-taken. Therefore, Petitioner may file any necessary supplement to his petition after review of the DHS records on or before January 2, 2009. Respondents shall have twenty days following the filing of any supplemental pleading by Petitioner to respond thereto.

**SO ORDERED** this the 3rd day of November, 2008.

                                                           /s/ W. Allen Pepper, Jr.
                                                           W. ALLEN PEPPER, JR.
                                                           UNITED STATES DISTRICT JUDGE

---

[1] Docket entry no. 66