IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

**WILLIE JEROME MANNING**     **PETITIONER**

**V.**     **CIVIL ACTION NO.: 1:05CV256-WAP**

**CHRISTOPHER EPPS, ET AL.**     **RESPONDENTS**

## ORDER

Pursuant to an opinion issued this day, it is hereby **ORDERED** that all relief requested in the Petition for Writ of Habeas Corpus filed in the above-referenced cause is hereby **DENIED**, and the Petition is **DISMISSED WITH PREJUDICE**. A COA shall issue as to Petitioner's claims (1) of error under *Batson v. Kentucky*; and (2) that he received ineffective assistance of counsel with respect to counsel's investigation and presentation of mitigating evidence at the sentencing portion of his capital murder trial. A COA is denied as to all remaining claims in the petition, and all pending motions are hereby dismissed as moot.

**SO ORDERED** this the 29th day of December, 2009.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE