**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION**

**WILLIE JEROME MANNING**                                                        **PETITIONER**

**V.**                                         **CIVIL ACTION NO.: 1:05CV256-WAP**

**CHRISTOPHER EPPS, ET AL.**                                          **RESPONDENTS**

## FINAL JUDGMENT

In accordance with the Memorandum Opinion and separate Order issued today in the above-referenced cause, all relief requested in Petitioner's Petition for Writ of Habeas Corpus is hereby **DENIED** and the Petition is **DISMISSED WITH PREJUDICE**.

**SO ORDERED** this the 29th day of December, 2009.

                                                             /s/ W. Allen Pepper, Jr.
                                                             W. ALLEN PEPPER, JR.
                                                             UNITED STATES DISTRICT JUDGE